| | |
|---|---|
| Barbara C. McCurdy<br>Herbert H. Mintz<br>Leslie I. Bookoff<br>Kathleen A. Daley<br>Susanne T. Jones<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>1300 I Street, N.W.<br>Washington, D.C.  20005<br>Telephone:   (202) 408-4000<br>Facsimile:    (202) 408-4400 | Dianne B. Elderkin<br>Joseph Lucci<br>Lynn A. Malinoski<br>Steven D. Maslowski<br>WOODCOCK WASHBURN LLP<br>One Liberty Place - 46th floor<br>Philadelphia, PA 19103<br>Telephone:  (215) 568-3100<br>Facsimile:   (215) 568-3429 |
| Scott R. Mosko (106070)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>Stanford Research Park<br>700 Hansen Way<br>Palo Alto, California  94304<br>Telephone:   (650) 849-6600<br>Facsimile:    (650) 849-6666 | David Eiseman (114758)_<br>QUINN EMANUEL URQUHART<br>  OLIVER & HEDGES, LLP<br>201 Sansome Street<br>Sixth Floor<br>San Francisco, CA 94104<br>Telephone:   (415) 986-5700<br>Facsimile:    (415) 986-5707 |
| Attorneys for Plaintiff<br>HOME DIAGNOSTICS, INC. | Attorneys for Defendant<br>LIFESCAN, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HOME DIAGNOSTICS, INC.,<br>a Delaware corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>LIFESCAN, INC.,<br>a California corporation,<br><br>           Defendants. | CASE NO. C 01-20725 JW (PVT) (ADR)<br><br>**ORDER ENTERING<br>JUDGMENT** |

1    WHEREAS, the parties filed a Joint Stipulation for Judgment.

2    Whereas, the parties stipulated that, based on the evidence of record and in view of the
3    Court's Order on Claim Construction of October 2, 2002, judgment should be entered declaring that
4    the asserted claims, Claims 4, 5, and 6, of United States Patent No. 6,268,162 (the "'162 patent") are
5    not infringed by the operation of any of HDI's Prestige, Prestige LX, Prestige Smart System, and
6    Prestige IQ blood glucose systems (the "accused Prestige meters").

7    WHEREAS, the parties agreed that this judgment is premised on LifeScan's stipulation that,
8    given the Court's claim construction, the operation of the accused Prestige meters does not satisfy
9    the following limitations of independent Claim 4 of the '162 patent:

10   a. "taking a sequence of reflectance readings from the testing surface of said matrix
11   at specified time intervals;" and

12   b. "upon detection of a suitably stable endpoint, calculating said glucose
13   concentration in said sample from one of said reflectance readings."

14   WHEREAS, the parties agree that, consistent with this stipulation, any and all infringement
15   claims that LifeScan has asserted in this action, including claims that HDI has directly and/or
16   indirectly infringed the '162 patent, and that such infringement has been willful, should be
17   dismissed, without prejudice to LifeScan's right to appeal the Court's claim construction.

18   WHEREAS, the parties agree that due to the significance of this judgment to the adjudication
19   of the entire action and because there is no just reason for delay, this judgment should be made final
20   under Fed. R. Civ. P. 54(b).

21   WHEREAS, the parties agree that all other claims should remain pending and this action
22   should be stayed and administratively terminated pending any decision by the Court of Appeals for
23   the Federal Circuit upon any appeal of judgment.

24   It is hereby ORDERED:

25   Pursuant to the Joint Stipulation for Judgment entered into by the parties, LifeScan's claims
26   are dismissed and judgment of noninfringement of U.S. Patent No. 6,268,162 is hereby entered
27   against LifeScan and for HDI. There being no just reason for delay, this judgment is final under

28

1  Fed. R. Civ. P. 54(b).  All other claims remain pending, and this action is stayed, pending any

2  decision by the Court of Appeals for the Federal Circuit upon any appeal of judgment.

4  Dated: _April 14, 2003                    _/s/ James Ware_____
                                              The Honorable James Ware, Judge of the
                                              United States District Court, Northern
                                              District, San Jose Division