| | |
|---|---|
| Barbara C. McCurdy (*Admitted, Pro Hac Vice*) <br> Herbert H. Mintz (*Admitted, Pro Hac Vice*) <br> Leslie I. Bookoff (*Admitted, Pro Hac Vice*) <br> Kathleen A. Daley (*Admitted Pro Hac Vice*) <br> Susanne Tinker Jones (*Admitted Pro Hac Vice*) <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, L.L.P. <br> 901 New York Avenue NW. <br> Washington, D.C. 20001 <br> Telephone: (202) 408-4000 <br> Facsimile: (202) 408-4400 | Dianne B. Elderkin <br> Joseph Lucci <br> Lynn A. Malinoski <br> Steven D. Maslowski <br> WOODCOCK WASHBURN LLP <br> One Liberty Place - 46th Floor <br> Philadelphia, PA 19103 <br> Telephone: (215) 568-3100 <br> Facsimile: (215) 568-3439 |
| Scott R. Mosko (State Bar No. 106070) <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, L.L.P. <br> Stanford Research Park <br> 700 Hansen Way <br> Palo Alto, California 94304 <br> Telephone: (650) 849-6600 <br> Facsimile: (650) 849-6666 | David Eiseman (114758) <br> QUINN EMANUEL URQUHART <br>   OLIVER & HEDGES, LLP <br> 201 Sansome Street <br> Sixth Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 986-5700 <br> Facsimile: (415) 986-5707 |
| Attorneys for Plaintiff <br> HOME DIAGNOSTICS, INC. | Attorneys for Defendant <br> LIFESCAN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOME DIAGNOSTICS, INC., a Delaware corporation, <br><br>     Plaintiff, <br> v. <br> LIFESCAN, INC., a California corporation, <br><br>     Defendant. <br><br> LIFESCAN, INC., a California corporation, <br><br>     Counterclaimant <br> v. <br> HOME DIAGNOSTICS, INC., a Delaware corporation, <br><br>     Counter-Defendant. | **CASE NO. C 01-20725 JW (PVT) (ADR)** <br><br> **STIPULATION AND ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** <br><br> [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Ware] |

Doc. No. 422197

STIPULATION AND ORDER RE DISMISSAL OF ACTION WITH
PREJUDICE
Case No. C 01-20725 JW (PVT) (ADR)

Defendant and Counterclaimant LifeScan, Inc. ("LifeScan") and Plaintiff and Counter-Defendant Home Diagnostics, Inc. ("HDI") hereby stipulate, through their respective attorneys, that this action shall be and is dismissed with prejudice in its entirety. LifeScan and HDI further stipulate that each party shall bear its own costs and attorneys' fees.

By his signature below, Scott R. Mosko certifies he has authority from Joseph Lucci to file this pleading.

Dated: June 1, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____/s/_____
Joseph Lucci

Attorneys for Defendant and Counterclaimant
LIFESCAN, INC.

Dated: June 1, 2005

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

By: _____/s/_____
Scott R. Mosko

Attorneys for Plaintiff and Counter-Defendant
HOME DIAGNOSTICS, INC.

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: 6/2/05      /s/ James Ware
Honorable James Ware
UNITED STATES DISTRICT JUDGE